UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AURELIA ELLIS, | ) | CASE NO. CV 11-05398 RZ |
|                 Plaintiff, | ) ) | |
| vs. | ) ) | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |
| MICHAEL J. ASTRUE, Commissioner of the Social Security, | ) ) ) | |
|                 Defendant. | ) ) | |

By Stipulation and Order Extending Briefing Schedule filed on January 12, 2012, Plaintiff's Memorandum in Support of Complaint was due on January 16, 2012. The docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiff shall show cause in writing why this action should not be dismissed. If Plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The filing of a Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the attorneys for all parties appearing in this action.

DATED: January 23, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE