UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AURELIA ELLIS, | ) | CASE NO. CV 11-05398 RZ |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |
| MICHAEL J. ASTRUE, Commissioner of the Social Security, | ) ) ) | |
| Defendant. | ) ) | |

By Order Regarding Further Proceedings filed on July 20, 2011, Plaintiff was ordered to file a Memorandum in Support of Plaintiff's Complaint within thirty (30) days after service of Defendant's responsive pleading and a copy of the administrative record. (Order, ¶ 5.) Defendant filed and served his Answer and the administrative record on December 9, 2011. Plaintiff's counsel's motion to withdraw as attorney of record was granted on March 12, 2012 and Plaintiff's time to file her Memorandum in Support of the Complaint was extended to April 12, 2012. Plaintiff is required to comply with all court orders. The docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiff shall show cause in writing why this action should not be dismissed. If

Plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The filing of a Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

        IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the attorneys for all parties appearing in this action.

DATED: April 30, 2012

                                    RALPH ZAREFSKY
                        UNITED STATES MAGISTRATE JUDGE